Form a0ogrffy  
(Rev. 2/22)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

*In re*:

|  |  |
|---|---|
| Anthony H Dave Sr., | Case No. 22–51728 |
| Michelle D Dave | Chapter 7 |
|  | Judge Mina Nami Khorrami |
| *Debtors.* |  |

SSN:   xxx–xx–1457  
         xxx–xx–0570

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The Debtor(s) having applied for authority to pay the filing fee in installments, it is ORDERED that the Debtor(s) shall pay the filing fee according to the following terms:

$100.00 remitted with the application  
$79.50 on or before July 25, 2022;  
$79.50 on or before September 3, 2022;  
$79.00 on or before October 13, 2022.

If an installment payment is due on a day when the clerk's office is closed for business, then the payment date is extended to the next day that the clerk's office is open for business. The clerk's office is not open for business on Saturday, Sunday, or a legal holiday.

The Debtor(s) must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with this bankruptcy case. The Debtor(s) must also pay the entire filing fee to receive a discharge. If any payment is not made by the time it is due, the bankruptcy case may be dismissed without further notice or hearing and the rights of the Debtor(s) in future bankruptcy cases may be affected.

Payment of filing fees may be made online, free of charge, via Pay.gov. Please visit https://www.ohsb.uscourts.gov for more information.

Payment of filing fees may also be made by cash, law firm check, certified check, cashier's check, money order or court approved credit card from a party other than the Debtor(s). Personal checks are not acceptable. If paying by check or money order, the name and case number of the Debtor(s) should be included. All payments shall be in the exact amount of such fees and charges. Payments shall be payable to: Clerk, United States Bankruptcy Court. Payments should be remitted to:

**United States Bankruptcy Court**  
**170 North High Street**  
**Columbus, OH 43215–2414**

If payment is made by mail and a receipt of the payment is desired, a self–addressed stamped envelope must be included.

**SO ORDERED.**

Dated: June 16, 2022

/s/ Mina Nami Khorrami

Mina Nami Khorrami
United States Bankruptcy Judge